

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**POINDEXTER PARK AFTER-SCHOOL**      **PLAINTIFF**
**CLUB, INC., et al**

V.      **CAUSE NO. 3:19-CV-474-CWR-LRA**

**SIEMENS INDUSTRY, INC.**      **DEFENDANTS**

### ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455. It is appropriate under the standards set forth in that statute that the undersigned recuse himself from all further proceedings in this case.

**SO ORDERED,** this the 8TH day of July, 2019.

                                       s/ Carlton W. Reeves
                                       UNITED STATES DISTRICT JUDGE