# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**POINDEXTER PARK AFTER-SCHOOL CLUB, INC.,
CHARLES JORDAN, WILLIAM S. KELLUM,
AND BELINDA CHASE, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED**                                           **PLAINTIFFS**

**V.**                         **CIVIL ACTION NO. 3:19-cv-00474-TSL-LRA**

**SIEMENS INDUSTRY, INC.**                                   **DEFENDANT**

## AGREED ORDER GRANTING ENLARGEMENT OF TIME

Defendant Siemens Industry, Inc. has moved the Court, *ore tenus*, for an enlargement of time, through and including September 9, 2019, within which to file its F.R.Civ.P. 12 response to the Class Action Complaint in this matter and Plaintiffs' counsel do not object to that requested enlargement of time.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant Siemens Industry, Inc. has through and including September 9, 2019, to file a F.R.Civ.P. 12 response to the Class Action Complaint.

SO ORDERED AND ADJUDGED, this the 8th day of August 2019.

                                                  __ S/ Linda R. Anderson_____
                                                  UNITED STATES MAGISTRATE JUDGE

Agreed:

/s/ Stephen W. Mullins_____
Stephen W. Mullins (MS Bar No. 9772)
Counsel for Plaintiffs

/s/ Roy D. Campbell, III_____
Roy D. Campbell, III (MS Bar No. 5562)
Counsel for Defendant