## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**POINDEXTER PARK AFTER-SCHOOL CLUB, INC.,**
**CHARLES JORDAN, WILLIAM S. KELLUM,**
**AND BELINDA CHASE, INDIVIDUALLY AND**
**ON BEHALF OF ALL OTHERS**
**SIMILARLY SITUATED** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 3:19-cv-00474-TSL-LRA**

**SIEMENS INDUSTRY, INC.** **DEFENDANT**

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Roy D. Campbell, III of the law firm Bradley Arant Boult Cummings, LLP hereby enters his appearance on behalf of Defendant Siemens Industry, Inc. in the above-captioned action.  The undersigned respectfully requests that the Clerk of this Court note his appearance on the list of counsel to be notified of any and all pleadings or other documents filed in this cause.

RESPECTFULLY SUBMITTED, this 9th day of August, 2019.

> SIEMENS INDUSTRY, INC.
>
> By Its Attorney,
>
> */s/ Roy D. Campbell, III*
> Roy D. Campbell, III (MSB #5562)
> BRADLEY ARANT BOULT CUMMINGS LLP
> 188 East Capitol Street, Suite 1000
> One Jackson Place
> Post Office Box 1789
> Jackson, Mississippi  39215-1789
> Telephone:  (601) 948-8000
> Facsimile:  (601) 948-3000
> rcampbell@bradley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing via the Court's CM/ECF filing system on all counsel of record.

This, the 9th day of August, 2019.

                                            */s/ Roy D. Campbell, III*
                                            OF COUNSEL