```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

POINDEXTER PARK AFTER-SCHOOL                            PLAINTIFFS
CLUB, ET AL.

VS.                                CIVIL ACTION NO. 3:19CV474TSL-LRA

SIEMENS INDUSTRY, INC.                                   DEFENDANT

## JUDGMENT

Pursuant to the court's memorandum opinion and order entered this day, it is hereby ORDERED AND ADJUDGED that plaintiffs' complaint is dismissed with prejudice.

SO ORDERED this 2nd day of June, 2020.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE